**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| WALTER T. HODGES II, | : | No. 27 WAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered June |
| | : | 12, 2018 at No. 352 MD 2018. |
| v. | : | |
| | : | |
| | : | |
| JOHN E. WETZEL, SECRETARY FOR | : | |
| THE PA. DEPT. OF CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

      **AND NOW,** this 26th day of March, 2019, the Order of the Commonwealth Court is

**AFFIRMED**.